# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2577

_____

Allen Lee Lampkin,              *
                                *
        Appellant,         *
                                *   Appeal from the United States
     v.                   *   District Court for the
                                *   Eastern District of Arkansas.
Stroman's, Inc.,            *
                                *       [UNPUBLISHED]
        Appellee.          *

_____

Submitted: January 12, 2001
Filed: January 18, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Allen Lampkin appeals from the district court's[1] adverse grant of summary judgment in his employment discrimination lawsuit against his former employer. Upon de novo review, we agree with the district court, for the reasons expressed in its order, that Lampkin failed to demonstrate Stroman's stated reasons for his termination were a pretext for discrimination, or Stroman's engaged in retaliatory behavior. See Whitley v. Peer Review Systems, Inc., 221 F.3d 1053, 1055 (8th Cir. 2000).

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We deny Stroman's pending motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.